UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-22743-KMW

WANDA KLONARIS,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

The mediation conference in this matter shall be held with <u>Ron Shapiro, Esq.</u> located at <u>1571 Sawgrass Corporate Pkwy, Sunrise, FL 33323 on December 7, 2016 at 10:00 a.m</u>.

Dated: September 16, 2016.

        Respectfully submitted,

        *s/ Jason Turchin, Esq.*
        **JASON TURCHIN**
        Florida Bar No. 585300
        Email:    jason@victimaid.com
        LAW OFFICES OF JASON TURCHIN
        2883 Executive Park Drive, Suite 103-A
        Weston, Florida 33331
        Telephone:  (954) 515-5000
        Facsimile:  (954) 659-1380
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    *s/ Jason Turchin, Esq.*
**JASON TURCHIN**
Florida Bar No. 585300
Email:     jason@victimaid.com
LAW OFFICES OF JASON TURCHIN
2883 Executive Park Drive, Suite 103-A
Weston, Florida 33331
Telephone:  (954) 515-5000
Facsimile:   (954) 659-1380
Attorney for Plaintiff

**SERVICE LIST**

**VALENTINA TEJERA**
Florida Bar No.
Email:  C:\Users\gbaez\AppData\Local\Temp\19961.dat
Carnival Corporation
3655 N.W. 87th Avenue
Miami, FL 33178
Telephone:
Facsimile:
Attorneys for Defendant
**Service via CM/ECF**