UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-22743-KMW

WANDA KLONARIS,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Ron Shapiro on December 7, 2016 at 10:00 a.m. at 1571 Sawgrass Corporate Parkway, Suite 130, Sunrise, Florida 33323.

    Dated this 16 day of September, 2016.

_____
United States District Judge

Copies provided:
Jason Turchin, Esq.
Valentina Tejera, Esq.